NUMBER 13-03-010-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________ 
PETER MARCHESIN,                                                         Appellant,

v.

BROWNSVILLE NAVIGATION DISTRICT OF 
CAMERON COUNTY, TEXAS,                                              Appellee.
_________________________________________________ 
On appeal from the County Court at Law No. 1 
of Cameron County, Texas.
___________________________________________ __

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, PETER MARCHESIN, perfected an appeal from a judgment entered
by the County Court at Law No. 1 of Cameron County, Texas, in cause number 2001-CCL-000161-A. After the record and briefs were filed, the parties filed a joint motion
to dismiss the appeal. In the motion, the parties state that they have settled all claims
between them and no longer wish to pursue this appeal. The parties request that
costs be assessed against the party incurring same.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 12th day of February, 2004.